Opinion by HARALSON, J.

---

# Buchanan v. The State.

APPEAL from the City Court of Montgomery.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried for murder, was convicted of manslaughter in the first degree and sentenced to the penitentiary for five years.

On the trial, a witness was asked to state what was the general character of the defendant upon information obtained by him as to it, after the commission of the offense with which he was charged. Held by this court that the trial court properly refused to allow the introduction of this testimony.—*Griffith v. State*, 90 Ala. 583. The judgment of the trial court is affirmed.

Opinion by TYSON, J.